

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

June 25, 1959

Honorable J. E. Lyles, Commissioner
Bureau of Labor Statistics
Capitol Station
Austin, Texas

Opinion No. WW-653

Re: Whether the National Fashions
Association, in supplying models
to salesmen, in connection with
its operation of the Merchandise
Mart in Dallas, Texas, would be
required to obtain an employment
agency license under Article
5221a-6, Vernon's Civil Stqtutes,
the Texas Private Employment
Agency Law.

Dear Mr. Lyles:

In the request from your office for our opinion, the following facts were presented:

> "National Fashions Association, operating the Mer-
> chandise Mart in Dallas, conducts the market season
> in conjunction with the various ladies' clothing com-
> panies over the country. The salesmen for the
> clothing manufacturers pay a membership fee to the
> National Fashions Association. The Secretary of
> National Fashions maintains a list of all fashion
> model personnel in Dallas or environs. When a
> market season is to be conducted the Merchandise
> Mart runs an ad in the local newspaper requesting
> all such models to report to the Merchandise Mart
> for employment. The various salesmen are assigned
> rooms in the Merchandise Mart to display their
> wares. Under the direction of National Fashions
> Association a table is set up where the models report

for employment and where they are then dispatched
to the salesmen in accordance with their requests.
The girls are paid for this service directly by the
salesmen and not by National Fashions Association."

You then asked the following question:

"Under the applicable Texas law would National
Fashions Association be required to apply for and
obtain an employment agency license in order to
carry on such operation?"

House Bill 387, Acts 51st Legislature, Regular Session, 1949, Chapter
245, page 453, codified as Article 5221a-6, Vernon's Civil Statutes, and known
as the "Texas Private Employment Agency Law," governs the operation of
private employment agents in Texas. The act sets out the definitions of such
agents, the exceptions to the Act, and the licensing requirements.

Section 1(a) of Article 5221a-6 defines the term "person" as follows:

"(a). The term 'person' means an individual
partnership, association, corporation, legal re-
presentative, trustee, trustee in bankruptcy, or
receiver."

Section 1(e) defines private employment agents or agencies as follows:

"(e). 'Private Employment Agent" means any
person in this State who for a fee or without a fee
offers or attempts to procure employment for em-
ployees or procures or attempts to procure em-
ployees for employers except employees as common
laborers or agricultural workers."

Under the fact situation as presented, National Fashions Association is
offering or attempting to procure employment for employees and is procuring
or attempting to procure employees for employers. The Association's method
of operation comes squarely within the meaning of "Private Employment Agent"
as defined by the Act. Such an operation is, in our opinion, a private employment
agency as defined by the Act. We find no exception under which National Fashions
Association would be exempt from the requirement that private employment
agents in Texas must obtain a license.

Therefore, it is our opinion that under Article 5221a-6, V. C. S., National Fashions Association is operating a private employment agency and would be required to apply for and obtain an employment agency license in order to continue the present operation.

SUMMARY

National Fashions Association, in supplying models to salesmen in connection with its operation of the Merchandise Mart in Dallas, Texas, would be required to obtain an employment agency license under Article 5221a-6, V. C. S., the Texas Private Employment Agency Law.

Very truly yours,

WILL WILSON
Attorney General

By:
    Morgan Nesbitt
    Assistant

MN:fb

APPROVED:

OPINION COMMITTEE
Geo. P. Blackburn, Chairman

Larry Jones
Tom I.McFarling
Robert A. Rowland

REVIEWED FOR THE ATTORNEY GENERAL
BY: W. V. Geppert